IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SAMMY LEE PENDLETON,**

        **Plaintiff,**

  vs.                            **Civil Action 2:09-CV-29**
                                        **Judge Graham**
                                        **Magistrate Judge King**

**UNITED STATES PENITENTIARY
OF LEAVENWORTH,** *et al.,*

        **Defendants.**

<u>ORDER</u>

        On January 26, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the defendant penitentiary be dismissed from the action for lack of subject matter jurisdiction and that the action be transferred to the United States District Court for the District of Kansas, at Leavenworth.  Plaintiff was specifically advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

        The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The defendant penitentiary is hereby **DISMISSED** from this action.  This action is hereby **TRANSFERRED** to the United States District Court for the District of Kansas, at Leavenworth.

                                                            <u>S/ James L. Graham</u>
                                                            James L. Graham
Date: February 18, 2009           United States District Judge